COURTROOM MINUTES - MAGISTRATE __JOHN R. FROESCHNER_____ PRESIDING

COURTROOM CLERK ~~Sheila Anderson~~ M. Sea

COURT REPORTER/~~RECORDER~~ J. Byers

INTERPRETER _____

TAPE NO. _____  Start: _____ End: _____

OTHER _____

OPEN: 10:01    ADJOURN: 10:11    DATE: 9/20/07

CA NO. G-06-460

Dana Johnston   v   Forest Oil Corp, et. al.

DOCKET ENTRY
(JRF)  Minor Settlement Hearing    (RPTR) J. Byers
       Proceeding

APPEARANCES: Harold Eisenman f/ Pltf
             Darrell Walker f/ Minor Pltfs
             Michael Solemi f/ Defts

MINUTES: Minor Settlement approved. Order to be entered. Parties to submit proposed Final Judgment.